```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 09 B 04310
   WALTER E DAVENPORT
   NORMA ANNE DAVENPORT                         CHAPTER 13

                                                JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-2246     SSN XXX-XX-1789


-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/11/09 .

   2.  The case was converted to Chapter 7 without confirmation, 03/21/2009.

-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
-------------------------------------------------------------------------------
CITIGROUP INC              CURRENT MORTG       .00           .00            .00
CITICORP                   SECURED             .00           .00            .00
AFNI/ VERIZON WIRELESS     UNSECURED      NOT FILED          .00            .00
ALPAT CO                   UNSECURED      NOT FILED          .00            .00
BECKET & LEE LLP           UNSECURED      NOT FILED          .00            .00
BAC/FLEET-BKCARD           UNSECURED      NOT FILED          .00            .00
FIA CARD SERVICES          UNSECURED      NOT FILED          .00            .00
CERTIFIED SERVICES INC     UNSECURED      NOT FILED          .00            .00
BANK ONE/JPM CHASE         UNSECURED      NOT FILED          .00            .00
CITIFINANCIAL              UNSECURED      NOT FILED          .00            .00
CITIFINANCIAL              UNSECURED      NOT FILED          .00            .00
DEPENDON COLLECTION SERV   UNSECURED      NOT FILED          .00            .00
DISCOVER FINANCIAL SERVI   UNSECURED      NOT FILED          .00            .00
DIVERSIFIED ADJUSTMENT S   UNSECURED      NOT FILED          .00            .00
EDWARD HOSPITAL            UNSECURED      NOT FILED          .00            .00
EDWARD HOSPITAL            UNSECURED      NOT FILED          .00            .00
GINNYS                     UNSECURED      NOT FILED          .00            .00
HASSAN MOGHADAM MD         UNSECURED      NOT FILED          .00            .00
JVDB & ASSOC               UNSECURED      NOT FILED          .00            .00
KCA FINANCIAL SERVICE      UNSECURED      NOT FILED          .00            .00
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID

KOHLS                      UNSECURED      NOT FILED          .00            .00
LABORATORY & PATHOLOGY D   UNSECURED      NOT FILED          .00            .00
LVNV FUNDING               UNSECURED      NOT FILED          .00            .00
LVNV FUNDING               UNSECURED      NOT FILED          .00            .00
MENARDS/HRS                UNSECURED      NOT FILED          .00            .00
MIDNIGHT VELVET            UNSECURED      NOT FILED          .00            .00
NAPERVILLE RADIOLOGISTS    UNSECURED      NOT FILED          .00            .00
NAPERVILLE SURGICAL ASSO   UNSECURED      NOT FILED          .00            .00
NICOR GAS                  UNSECURED      NOT FILED          .00            .00
ROCKFORD MERCANTILE AGEN   UNSECURED      NOT FILED          .00            .00
SEVENTH AVENUE             UNSECURED      NOT FILED          .00            .00
```

```
          Summary of disbursements:
------------------------------------------------------------------------------
                       SECURED     PRIORITY    UNSECURED       OTHER      TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED         .00          .00          .00         .00        .00
PRINCIPAL PAID             .00          .00          .00         .00        .00
INTEREST PAID              .00          .00          .00         .00        .00
TOTAL PAID                 .00          .00          .00         .00        .00
The Debtor's attorney, LEDFORD & WU                 , was allowed $         .00
and was paid $        .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 03/31/09                  /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE
```